1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   JOSE HERNANDEZ-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00134 LJO |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | STIPULATION RESETTING MOTIONS |
| v. | ) | SCHEDULE;  ORDER |
| | ) | |
| JOSE HERNANDEZ-VELASQUEZ, | ) | DATE: August 27, 2012 |
| | ) | TIME:   11:00 A.M. |
| *Defendant.* | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |

The parties through their respective counsel jointly agree and stipulate as follows:

1. The date for filing defense motions shall be reset from June 19, 2012 to July 24, 2012;

2. The date for filing the Government's reply shall be August 21, 2012;

3. The hearing on motions shall be on August 27, 2012 at 11:00 a.m.

The parties have conferred and jointly propose this stipulation based on the following:

This case is set for trial before this Court on November 7, 2012.  The parties do not propose any change in the trial date.  In order to prepare defense motions additional discovery was requested from the government.  Some new discovery has been produced. The government is still checking to see whether additional items requested exist and this is complicated by the case agent's travel status due to work assignments outside of the United States.

///

///

1    In the meantime Government counsel has been assigned approximately 11 new cases with one set
2    for trial on August 7, 2012.  To facilitate completion of discovery which is essential to preparation of
3    defense motions and to allow Government counsel the time to adequately address new work assignments
4    the parties have proposed the dates contained in this Stipulation.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 19, 2012                    By:    /s/ *Brian Enos*
                                               BRIAN ENOS
                                               Assistant United States Attorney
                                               Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 19, 2012                    By:    /s/ *Victor M. Chavez*
                                               VICTOR M. CHAVEZ
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               JOSE HERNANDEZ-VELASQUEZ

     IT IS SO ORDERED.

**Dated:    June 19, 2012**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

Hernandez-Velasquez - Stipulation Resetting
Motions Schedule; Proposed Order                      2