# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 11-0134 LJO |
| Plaintiff, | **ORDER ON APPOINTMENT OF APPELLATE COUNSEL** |
| vs. | (Docs. 78.) |
| JOSE HERNANDEZ-VELAQUEZ, | |
| Defendant. | |

Defendant Jose Hernandez-Velaquez ("defendant") filed February 4, 2013 papers which this Court construes to request appellate counsel. Defendant has not been sentenced and has 14 days from the date of judgment after sentencing to file a notice of appeal. As such, the issue of appointment of appellate counsel is not ripe, and this Court is unable to appoint appellate counsel.

IT IS SO ORDERED.

Dated: __February 5, 2013__     __/s/ Lawrence J. O'Neill__
UNITED STATES DISTRICT JUDGE

1