1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America

7

8

9                    **UNITED STATES DISTRICT COURT**

                     **EASTERN DISTRICT OF CALIFORNIA**
10

11 UNITED STATES OF AMERICA,    )    1:11-cr-00134 LJO
                                )
12              Plaintiff,       )    **REQUEST TO CONTINUE MARCH 11,**
                                )    **2013 SENTENCING HEARING TO**
13                              )    **APRIL 15, 2013; ORDER**
        v.                      )
14                              )
                                )    Ctrm: Four
15 JOSE HERNANDEZ-VELAZQUEZ,    )         Hon. Lawrence J. O'Neill
                                )
16              Defendant.      )
   _____)
17

18        Plaintiff, United States of America, requests that this

19 action's sentencing hearing be continued from 10:30 a.m. on

20 Monday, March 11, 2013 to 10:00 a.m. on Monday, April 15, 2013.

        The United States bases this request on good cause.  To
21
   explain, the United States Probation Officer assigned to this
22
   case contacted the undersigned earlier today, and advised that
23
   more time was needed to properly investigate the case and
24
   complete his Presentence Investigation Report.  This Officer is
25
   working through unique logistical hurdles attendant to
26
   defendant's current location at the Lerdo Detention Facility in
27
   Kern County (such defendants are only transported to Fresno on
28
                                1

Mondays and Wednesdays), as well as the fact that defendant
speaks Spanish and requires an interpreter present to both
verbally communicate, as well as have written materials
translated to him.  Further, the Probation Officer continues to
try to contact third parties relevant to his report, at least one
of whom likewise only speaks Spanish.

For the above-stated reasons, the requested continuance will
conserve time and resources for the parties and the court.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: February 13, 2013        By: Brian W. Enos
                                    Brian W. Enos
                                    Assistant U.S. Attorney


                                **ORDER**

IT IS SO ORDERED.

**Dated:   February 14, 2013      /s/  Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE